AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EFEX AI, INC., DBA STANDARD WORKS, C/O LEGALINC CORPORATE SERVICES INC.

was received by me on *(date)*   5/29/2026

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Kat Pearsall  , who is
designated by law to accept service of process on behalf of *(name of organization)*  151 Continental
Dr. St 305, Newark DE 19713  on *(date)*  6/3/26  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  6/3/26

Patti Joan Childs
*Server's signature*

Patti-Jean Childs - Process server
*Printed name and title*

204 Warfield Rd
*Server's address*

Additional information regarding attempted service, etc:  Newark, DE 19713