**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail:  kevin@kjclawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAULER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EFEX AI, INC. dba STANDARD WORKS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 3:26-cv-04848-AGT<br><br>**PROOF OF SERVICE UPON DEFENDANT** |

**PROOF OF SERVICE UPON DEFENDANT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  EFEX AI, INC., DBA STANDARD WORKS, C/O LEGALINC CORPORATE SERVICES INC.

was received by me on *(date)*  5/29/2026

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Kat Pearsall , who is

designated by law to accept service of process on behalf of *(name of organization)* 151 Continental

Dr. St 305, Newark *(date)* 6/3/26 ; or
DE 19713

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00


I declare under penalty of perjury that this information is true.

Date:  6/3/26

Patti Joan Childs
*Server's signature*

Patti-Jean Childs - Process Server
*Printed name and title*

204 Warfield Rd
*Server's address*

Newark, DE
19713

Additional information regarding attempted service, etc: