UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Ave., San Francisco, CA

| | |
|---|---|
| ROBERT TAULER, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S),<br><br>v.<br><br>Efex AI, dba STANDARD WORKS, a Delaware corporation; and does 1 to 10 inclusive,<br><br>DEFENDANTS. | Case No. 3:26-cv-04848-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION PURSUANT TO F.R.C.P 12(b)(1) [AND] FAILURE TO STATE A CLAIM PURSUANT TO  F.R.C.P. 12(b)(6).** |

The Court has considered Defendants' Motion to Dismiss, Plaintiff's Opposition thereto, and Defendants' Reply and arguments contained therein.  Upon due consideration,

IT IS HEREBY ORDERED, pursuant to F.R.C.P. 12(b)(1) [AND] F.R.C.P. 12(b)(6) that the above captioned be dismissed [WITH/ WITHOUT] prejudice.

**IT IS SO ORDERED.**

Dated:

_____

Hon Edward M. Chen

[PROPOSED] ORDER TO DISMISS Case No. 3:26-cv-04848 EMC

United States District Court
Northern District of California